UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PETE McCOTRY, JR.                                                                                           PLAINTIFF

v.                                    No. 5:22-CV-5145

SHERIFF SHAWN HOLLOWAY,
Benton County, Arkansas; and
DISTRICT JUDGE CHRIS M. GRIFFIN                                                            DEFENDANTS

## ORDER

The Court has received a report and recommendations (Doc. 7) from Chief United States Magistrate Judge Mark E. Ford. Plaintiff filed objections (Doc. 8). Following preservice screening under 28 U.S.C. § 1915A, the Chief Magistrate Judge recommends that Plaintiff's complaint be dismissed without prejudice for failure to state a claim upon which relief may be granted and because Defendant Judge Griffin is immune from suit. The Court has conducted a de novo review of those portions of the report and recommendation to which Plaintiff has objected. 28 U.S.C. § 636(b)(1)(C). Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate Judge's findings, which otherwise contain no clear error. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 18th day of August, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE